No. 18,187.

AMERICAN NATIONAL BANK OF DENVER *v.*
HEREFORD STATE BANK.
(338 P. [2d] 1032)

Decided May 4, 1959.   Rehearing denied June 1, 1959.

Messrs. DAWSON, NAGEL, SHERMAN & HOWARD, for plaintiff in error.

Messrs. HORNBEIN & HORNBEIN, Mr. ROY O. GOLDIN, for defendant in error.

*En Banc.*

PER CURIAM.

THIS cause has been heard and considered by the Court, MR. JUSTICE SUTTON not participating. MR. JUS-

346

TICE MOORE, MR. JUSTICE FRANTZ and MR. JUSTICE DOYLE are in favor of affirmance of the judgment of the trial court. MR. CHIEF JUSTICE KNAUSS, MR. JUSTICE HALL and MR. JUSTICE DAY are in favor of reversal. The court being equally divided the case stands affirmed by operation of law. (Rule 118 (f), R.C.P.)